# DENIED
### BY ORDER OF THE COURT

No court order is needed for a stipulation to extend the initial disclosure date.  Any dispute over the disclosure of Plaintiff's damages analysis should be raised with the Magistrate Judge.

William B. Sullivan (SBN 275059)

**HARRIS, WILTSHIRE & GRANNIS LLP**
1919 M Street, NW, Floor 8
Washington, DC 20036
Telephone: 202-730-1355
Facsimile: 202-730-1301
wsullivan@hwglaw.com

*Attorney for Plaintiff*
*Rheem Manufacturing Company*

Ryan W. Koppelman (SBN 290704)
Katherine G. Rubschlager (SBN 328100)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA
Telephone: 213-576-1000
Facsimile: 213-576-1100
ryan.koppelman@alston.com
katherine.rubschlager@alston.com

*Attorneys for Defendant*
*Navien, Inc.*

**FILED**

APR 26, 2021

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RHEEM MANUFACTURING COMPANY

      Plaintiff,

    v.

NAVIEN, INC.

      Defendant.

Case No. 8:21-cv-00324-JLS-JDE

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES**

- 1 -

**TO ALL PARTIES AND COUNSEL OF RECORD**

The Court hereby **GRANTS** the parties' Stipulation to Extend Deadline for Initial Disclosures.  Except for the disclosures under Rule 26(a)(1)(A)(iii), about which the parties disagree and have sought resolution by the Court, the parties shall exchange Rule 26(a)(1) initial disclosures on April 30, 2021.

**IT IS HEREBY ORDERED**.

Dated:  April ___, 2021

_____
HONORABLE JOSEPHINE STANTON

[PROPOSED] ORDER
Case No. 8:21-cv-00324-JLS-JDE