William B. Sullivan (SBN 275059)
**HARRIS, WILTSHIRE & GRANNIS LLP**
1919 M Street NW
Floor 8
Washington, DC 20036
Telephone: 202-730-1355
Facsimile: 202-730-1301
wsullivan@hwglaw.com

*Attorney for Plaintiff Rheem Manufacturing Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHEEM MANUFACTURING COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>NAVIEN, INC.<br><br>    Defendant. | Case No. 8:21-cv-00324-JLS-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rheem Manufacturing Company, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.  Defendant has not answered or moved for summary judgment.

Dated:  May 26, 2021               HARRIS, WILTSHIRE & GRANNIS LLP

                                   BY: /s/ William B. Sullivan

                                   William B. Sullivan (SBN 275059)
                                   **HARRIS, WILTSHIRE & GRANNIS LLP**
                                   1919 M Street, NW
                                   Floor 8
                                   Washington, DC 20036
                                   Telephone: 202-730-1355
                                   Facsimile: 202-730-1301
                                   wsullivan@hwglaw.com

**PROOF OF SERVICE**
8:21-cv-00324-JLS-JDE

I, William B. Sullivan, declare:

I am a citizen of the United States and employed in Washington, D.C. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1919 M Street NW, Eighth Floor, Washington, DC 20036.

On May 26, 2021, I electronically filed:

**NOTICE OF VOLUNTARY DISMISSAL**

with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Ryan W. Koppelman
Katherine G. Rubschlager
Yuri Mikulka
**ALSTON & BIRD LLP**
333 South Hope Street,
16th Floor,
Los Angeles, CA
Telephone:213-576-1000
Facsimile: 213-576-1100
ryan.koppelman@alston.com
katherine.rubschlager@alston.com
yuri.mikulka@alston.com

Samuel C. Merritt
**ALSTON AND BIRD LLP**
101 South Tryon Street Suite 4000
Charlotte, NC 28280-4000
Telephone: 704-444-1000
Facsimile: 704-4444-1111
sam.merritt@alston.com

Scott J Pivnick
**ALSTON AND BIRD LLP**
950 F Street NW
Washington, DC 20004
Telephone: 202-239-3634
Facsimile: 202-654-4844
scott.pivnick@alston.com

I declare that I am a member of the bar of this Court.

Executed on May 26, 2021 in Washington, D.C.

/s/ William B. Sullivan
William B. Sullivan